FRANKFORD TRUST COMPANY v. SIDNEY A. GOODMAN.

October 20, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN KELLY, JR.

October 20, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN SESSO.

October 20, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. DAVID EUGENE TERRY.

October 20, 1981.

Petition for certification denied.

NATHAN BORODINSKY v. SYLVIA KORDOWER.

October 20, 1981.

Petition for certification denied.